

**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-21017-CIV-MORENO**

LORENZO FLINT, JR.,

    Plaintiff,

vs.

JOHN T. RATHMAN,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS AND EMERGENCY MOTION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **April 16, 2009**, and Petitioner's Emergency Motion **(D.E. No. 4)** filed on **April 27, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 5)** on **April 30, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that Petitioner did not file objections to the Magistrate Judge's Report and Recommendation and the time for doing so has now passed. Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 5)** file on **April 30, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)     the Petition for Writ of Habeas Corpus is DENIED and to the extent the petition can

be construed as a Petition for Writ of Mandamus, it is also DENIED;

(2) the Emergency Motion to Enforce Restraining Order is DENIED; and

(3) the case is CLOSED and all other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of May, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Parties and Counsel of Record